**Althea I. Cunningham, Appellant, v. City of Chicago, Appellee.**

**Gen. No. 44,566.**

354

opinion filed January 24,
1949; rehearing denied February 4, 1949; released for publication
February 4, 1949. Mason & Mason, and Orr, Lewis & Orr, for appellant;
George A. Mason, and Warren H. Orr, of counsel; Benjamin S. Adam-
owski, Corporation Counsel, for appellee; L. Louis Karton, Head of Ap-
peals and Review Division and Sydney R. Drebin, Assistant Corporation
Counsel, of counsel. Opinion by PRESIDING JUSTICE FEINBERG. **Not to
be published in full.**

